UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CONEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICER MICHAEL LOZO, OFFICER A. MARISCAL, JOSEPH LOMBARDO; CLARK COUNTY COUNCIL,<br><br>　　　　Defendants. | Case No. 2:23-cv-01645-CDS-EJY<br><br>**ORDER** |

　　　　Plaintiff is no longer at the address on file with the Court (*see* ECF No. 4) and has failed to file an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.[1]

　　　　Accordingly, IT IS HEREBY ORDERED that no later than **November 17, 2023** Plaintiff must file an updated address with the Court.

　　　　IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order may result in a recommendation to dismiss this case without prejudice.

　　　　DATED this 19th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] 　LR IA 3-1 states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."