UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM CONEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER MICHAEL LOZO, OFFICER A. MARISCAL, JOSEPH LOMBARDO; CLARK COUNTY COUNCIL,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01645-CDS-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion to have the U.S. Marshal serve Defendants on Plaintiff's behalf. ECF No. 12. Plaintiff requests the U.S. Marshal assist him by serving the Summons and/or waiver of service of Summons on multiple Defendants in this matter. Also pending is Plaintiff's Motion for Copy of the Original Complaint (ECF No. 13) that requests a copy of Plaintiff's Complaint.

　　　　Plaintiff's request for assistance with service of Defendants is premature. All of Plaintiff's claims were either dismissed with or without prejudice with leave to amend. ECF No. 9. Thus, there is nothing to serve at this time. Plaintiff was granted leave to file an amended complaint by April 1, 2024. *Id*. at 14. If Plaintiff chooses to file an amended complaint, the amended complaint will be screened. If any claims proceed, service may be ordered at that time.

　　　　Regarding Plaintiff's request for a copy of his Complaint, Local Rules of Practice for the United States District Court for the District of Nevada 10-1 provides that a "pro se party who wishes to receive a file-stamped copy of any pleading or other paper must submit one additional copy." It appears Plaintiff did not submit an additional copy of his Complaint when it was filed. That said, as a one time courtesy, the Court will provide Plaintiff with a file-stamped copy of the Complaint. Plaintiff is advised that copies of pleadings are not routinely provided unless the party adheres to LR 10-1.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Have the U.S. Marshal Make Service on My Behalf (ECF No. 12) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for Copy of the Original Complaint (ECF No. 13) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must send a file-stamped copy of Plaintiff's Complaint (ECF No. 1-1) to Plaintiff as a one time courtesy.

DATED this 13th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE