# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Coney, | Case No. 2:23-cv-01645-CDS-EJY |
| Plaintiff | **Order Extending Deadlines** |
| v. | |
| Officer Michael Lozo, et al., | |
| Defendants | |

After screening plaintiff William Coney's complaint and application to proceed in forma pauperis, Magistrate Judge Elayna Youchah issued an order and report and recommendation. ECF No. 9. Any objections to her findings were due by March 11, 2024. *Id.* Five days before this deadline, the R&R served on Coney was returned by the U.S. Postal Service as "undeliverable – unable to forward." ECF No. 11. It is unclear whether Coney ever received the R&R.

The Clerk of Court is kindly instructed to distribute a copy of Judge Youchah's order (ECF No. 9) pursuant to the NEF so that the law librarian may serve it upon Coney. Accordingly, the deadline for Coney to file any objections is extended to **April 9, 2024**. Failure to file an objection will result in me adopting the R&R without a de novo review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed.").

Alternatively, Coney may file an amended complaint to cure the deficiencies identified in the magistrate judge's order. If Coney chooses to file an amended complaint, he must do so no later than **April 19, 2024**.

Dated: March 26, 2024

_____
Cristina D. Silva
United States District Judge